```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

BENOIT ROME, JR. & BENOIT                CIVIL ACTION
ROME, III

VERSUS                                   NO: 11-1452

MARCUS D. CARVER, ET AL.                 SECTION: "A" (1)
```

## ORDER

Before the Court is a **Motion for Partial Summary Judgment (Rec. Doc. 14)** filed by plaintiffs Benoit Rome, Jr. and Benoit Rome, III.  Defendants Werner Enterprises, Inc. and Marcus D. Carver oppose the motion.  The motion, set for hearing on April 25, 2012, is before the Court on the briefs without oral argument.

This lawsuit arises out of a motor vehicle collision that occurred on July 20, 2010, between plaintiff Benoit Rome, III and Marcus Carver.  Carver was operating an 18 wheeler on behalf of his employer Werner Enterprises at the time of the accident.  Benoit Rome, Jr. was a passenger in Rome, III's vehicle.

Plaintiffs now move for partial summary judgment on the issue of liability.  Plaintiffs argue that Carver is clearly at fault for the accident because he left his own lane of travel when the accident occurred.

The Court has reviewed the evidence submitted by the parties and the Court agrees that Carver is at fault for the accident,

and perhaps even mostly at fault for the accident. And as the Court appreciates Defendants' position they really do not dispute that point nor can they in light of the state law governing vehicles leaving their lane of travel. The real question surrounding liability is whether Carver is *entirely* or 100 percent at fault for the accident and the Court is persuaded that Defendants have created an issue of fact on that question. Therefore, the jury must apportion fault and Plaintiffs' motion must be denied.

Accordingly;

**IT IS ORDERED** that the **Motion for Partial Summary Judgment (Rec. Doc. 14)** filed by plaintiffs Benoit Rome, Jr. and Benoit Rome, III is **DENIED**.

April 27, 2012

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE